UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>SOFIE LIU,<br><br>    Defendant. | Case No. 19-cv-04232-JST<br><br>**ORDER DISMISSING CASE** |

On September 12, 2019, the Court ordered Plaintiff Gregory Wilson to file an opposition or statement of non-opposition to Defendant Sofie Liu's motion to dismiss on or before September 27, 2019. ECF No. 17 at 1. The Court also advised that, "[i]f he does not do so, the Court will dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b)." *Id.*

To date, Wilson has filed neither an opposition nor a statement of non-opposition, and the deadline for doing so has now passed. Accordingly, the Court now dismisses this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
JON S. TIGAR
United States District Judge